IN RE: W.W.G., LTD.    CASE NO. 90-14814 "B"

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    115
60-249 / 433

| Case | Debtor |
|---|---|
| 90-14814 B | W.W.G., LTD. |
| 92000242913966 | |
| UNCLAIMED FUNDS | |

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date  03/10/2011    $ *******2,096.58

~~~Two Thousand Ninety-Six Dollars and 58/100

Pay to the Order of:
CLERK, US BANKRUPTCY COURT
500 POYDRAS ST., ROOM B-601
NEW ORLEANS LA 70130-3386

*David V. Adler (signature)*
DAVID V. ADLER, Trustee

⑈000115⑈ ⑆043302493⑆ 92000242913966⑈

3/15/11
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: SEE LETTER

---

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228316    - MB
* * C O P Y * *
March 15, 2011
14:23:19

**TREASURY REGFUND**
90-14814

Debtor.: W.W.G., LTD.
Trustee: David Adler
Amount.:          $2,096.58 CH
Check#.: 115

Total-> $2,096.58

FROM: ADLER

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)
adler_d@bellsouth.net

March 10, 2011

Ms. R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: W.W.G., LTD.
    Case No. 90-14814

Dear Ms. Hamilton,

The enclosed check (#115) represents unclaimed funds of this estate for which attempted payment was made and distributions were outstanding in excess of 90 days. Please deposit these funds into the Registry of the Court pursuant to 11 USC §347(a).

Payment of claim(s) were previously sent to:

| Canceled Check No. | Date | Claimant Name(s) | Amount |
|---|---|---|---|
| 108 | 12/2/10 | Safety Clean Corp. | $ 1,573.79 |
| 109 | 12/2/10 | South Central Bell | 522.79 |
| | | | $ 2,096.58 |

Sincerely Yours,

*David V. Adler*

David V. Adler, Trustee

cc: Office of U.S.T., w/o enclosure(s)